### No. 959
### MATZINGER et v. HARVARD LUMB. CO.
No. 20041. Supreme Court
On motion to certify. Dock. Aug. 3, 1926; 4 Abs. 541.

**755. MECHANICS' LIEN**—Can a lumber company which furnishes special millwork and lumber perfect a lien without filing subcontractor's affidavit under Sec. 8312 GC. when some of the material was obtained by them from another concern?

Matzinger contends in the Supreme Court

that a lumber company which funrishes to a contractor certain lumber and millwork made especially for a particular building and delivers same but does not install it, such company cannot obtain a lien upon the property, without filing affidavits under 8312 GC. although such company receives part of the lumber and millwork from another concern.

Attorneys—Thompson, Hine & Flory for Matzinger; White, Hammond, Brewer & Curtis for Lumb. Co.; all of Cleveland.